**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**DARILE JOHNSON**                                                           **PETITIONER**

v.                                                                                         No. 4:05CV181-P-A

**LAWRENCE KELLY, ET AL.**                                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion filed today in this cause, the respondents' motion to dismiss the instant petition for a writ of *habeas corpus* is hereby **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d). In light of this ruling, all motions currently pending in this case are hereby **DISMISSED** as moot.

**SO ORDERED,** this the 5th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE